MARION v. THE CHICAGO, ROCK ISLAND & PACIFIC R'Y Co.

1. **Railroads:** LIABILITY FOR TORT OF BRAKEMAN IN REMOVING PASSENGER FROM TRAIN. The original opinion, reported in 64 Iowa, 568, adhered to on rehearing.

SATURDAY, JUNE 13.

ON REHEARING.

ROTHROCK, J.—A petition for rehearing having been filed in this case, Mr. Justice ADAMS thinks that it should be granted upon the first point decided in the opinion, but the majority think otherwise, and the petition is accordingly

OVERRULED.